Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of:<br><br>Ayo Akatugba<br><br>Debtor | Case No. 18-40285<br><br>CHAPTER 13<br><br>Omnibus Objection to Claims Number 3, 4, and 5 of Creditor LVNV Funding, LLC, |

OMNIBUS OBJECTION TO CLAIM

<u>CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS IN THIS OBJECTION.</u>

The Debtor objects to the allowance of Claims Number 3, 4, and 5 which were all filed by Creditor LVNV Funding, on the grounds that all three claims are barred by the statute of limitations. The objection is filed according to Bankruptcy Rule 3007.

The statute of limitations on a written contract is 4 years. Cal. Code Civ. Pro. §337. Each of the three LVNV claims here are about 10 years old. The statute of limitations makes the claims unenforceable against the debtor and property of the debtor.

Proof of Claim Number 3 was filed by LVNV Funding, LLC its successors and assigns as assignee of Vion Holdings LLC for the amount of $9,000.24 for a credit card debt. The attachment to the proof of claim titled the Account Detail shows that the debt was charged off by the original provider on 3/31/2008, that the last payment date was 8/7/2007, and that the last transaction date was 8/7/2007. These are all past the four year statute of limitation in California for collecting on a credit card debt.

Proof of Claim Number 4 was filed by LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. for the amount of $780.30. The

attachment to the proof of claim titled the Account Detail shows that the debt was charged off by the original provider on 11/19/2008, that the last payment date was 3/28/2008, and that the last transaction date was 7/2/2008. These are all past the four year statute of limitation in California for collecting on a credit card debt.

Proof of Claim Number 5 was filed by LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank for the amount of $638.26. The attachment to the proof of claim titled the Account Detail shows that the debt was charged off by the original provider on 3/24/2008, that the last payment date was 8/25/2007, and that the last transaction date was 8/25/2007. These are all past the four year statute of limitation in California for collecting on a credit card debt.

Objecting Party requests that the Court enter an Order providing that the claims are disallowed in their entirety.

Dated: August 23, 2019        /s/ Andrew J. Christensen
                                              Andrew J. Christensen
                                              Attorney for Debtor