Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
LVNV Funding, LLC its successors and assigns as assignee of Vion Holdings LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: 

**2. Has this claim been acquired from someone else?**
☐ No
☑ Yes. From whom? Vion Holdings LLC

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Resurgent Capital Services
Name
PO Box 10587
Number    Street
Greenville, SC  29603-0587
City                State          ZIP Code

Contact phone: (877) 264-5884
Contact email: askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name: 
Number   Street
City     State     ZIP Code

Contact phone: 
Contact email: 

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
RSG-00248-535838839

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7863__ ____ ____ ____

**7. How much is the claim?** $ 9,000.24 . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. Check all that apply:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  4/11/2018
                  MM / DD / YYYY

_/s/ David Lamb_
Signature

**Print the name of the person who is completing and signing this claim:**

Name: David Lamb
       First name    Middle name    Last name

Title: Claims Processor

Company: Resurgent Capital Services
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO Box 10587
         Number    Street
         Greenville, SC    29603-0587
         City    State    ZIP Code

Contact phone: (877) 264-5884    Email: askbk@resurgent.com



P.O. Box 10587
Greenville, SC 29603-0587

Phone: (877) 264-5884
Fax: (866) 468-2055
e-Mail: askbk@resurgent.com

## Proof of Claim – Account Detail

| Information | |
|---|---|
| Name: | Akatugba;Ayo H |
| SSN (redacted): | 0301 |
| Address: | 9355 Vista Ct |
| City: | Oakland |
| State, Zip: | CA 94603-1913 |

| Bankruptcy Case Information | |
|---|---|
| NORTHERN DISTRICT of CALIFORNIA | |
| Trustee Name: | Martha Bronitsky |
| Bankruptcy Case Number: | 1840285 |
| Chapter: | 13 |

| Account Information | |
|---|---|
| Account Number (redacted): | 7863 |
| Amount due as of the date the bankruptcy case was filed**: | $9,000.24 |
| Principal**: | $9,000.24 |
| Interest**: | $0.00 |
| Fees**: | $0.00 |
| Charged off by original provider on: | 03/31/2008 |
| Last payment date: | 08/07/2007 |
| Last transaction date: | 08/07/2007 |

| Creditor Information | |
|---|---|
| Current Claim Owner*: | LVNV Funding, LLC its successors and assigns as assignee of Vion Holdings LLC |
| Purchased from: | Vion Holdings LLC |
| Alternative names (if any) for this provider: | Chase Bank USA, N.A. |
| Creditor at time of last transaction: | Chase Bank USA, N.A. |

*Resurgent Capital Services services this account on behalf of the current claim owner. Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587
    Telephone No. (877) 264-5884

**Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records.

# BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

Vion Holdings LLC, a limited liability company organized under the laws of Delaware with an office at 400 Interstate North Parkway SE, Suite 800, Atlanta, GA 30339 ("Seller") hereby absolutely sells, transfers, assigns, sets-over and conveys to Sherman Originator III LLC, a limited liability company organized under the laws of Delaware with an office in care of Sherman Capital Markets LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

    (a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts") and included on the data file titled **"20130508_Vion_Chase_VA.txt."**

    (b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to March 31, 2013, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between Seller and Buyer dated May 9th, 2013, (the "Agreement").

This Bill of Sale shall be governed by the laws of the State of New York without regard to the conflicts-of-laws rules thereof.

**DATED: 5/9/13**

SELLER:

By: *Neil L. Brodsky*
Name: Neil L. Brodsky
Title: General Counsel

STATE OF GEORGIA)
) ss.
COUNTY OF COBB )

On this the 9th day of May, 2013, before me the undersigned officer, personally appeared Neil L. Brodsky, who acknowledged himself to be the General Counsel of Vion Holdings LLC, a Delaware limited liability company, signer and sealer of the foregoing instrument, and that he as such officer, being authorized so to do, acknowledged the execution of the same to be his free act and deed as such officer and the free act and deed of said company.

IN WITNESS WHEREOF, I hereunto set my hand.

Commissioner of the Superior Court
Notary Public

[Notary seal: KATHERINE D HALLMAN, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, MY COMMISSION EXPIRES JUNE 20, 2015]

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated May 08, 2013 delivered by Vion Holdings LLC on May 09, 2013 for purchase by SOLLC III on May 09, 2013. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Dated: **May 09, 2013**

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director

Dated: **May 09, 2013**

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title: Authorized Representative

Dated: **May 09, 2013**

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Rusty Kendall
Title: Authorized Representative

## Exhibit A

**Receivables File**

05.09.13 20130508_Vion_Chase_VA.txt

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 268093 | 20025 | N/A |

2007015772 P/ATTY
2 PGS
Book:DE 2251 Page:1949-1950
February 16, 2007 09:00:57 AM
Rec:$15.00 Cnty Tax:$0.00 State Tax:$0.00
FILED IN GREENVILLE COUNTY, SC

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 15th day of January, 2007.

GRANTOR: LVNV Funding LLC
By: [signature]
Name: Kevin Branigan
Title: President
DATE FEB 1 6 2007

Resurgent Capital Services LP
By: [signature]
Name: Michael A Keaton
Title: Senior Vice President

CERTIFIED TO BE A TRUE AND CORRECT COPY OF DOCUMENT ON FILE IN THIS OFFICE
[signature] Timothy J Ramsey
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: D. Stovall
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: Heather H. Silver

STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Eaton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

Notary Public
My Commission Expires 1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1/31/2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book: DE 2251   Page: 1949-1950
February 16, 2007   09:00:57 AM

Timothy J. Nanney