| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | AKATUGBA;AYO |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN District of CA (State) |
| Case number | 1840285 |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☑ Yes. From whom? Citibank (South Dakota), N.A.

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Resurgent Capital Services
Name
PO Box 10587
Number    Street
Greenville, SC   29603-0587
City               State       ZIP Code

Contact phone (877) 264-5884
Contact email askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City   State   ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
RSG-00248-346820600

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ____ / ____ / _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __2267__ ____ ____ ____

7. **How much is the claim?** $__780.30__. Does this amount include interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaded, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   __Retail__

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

| | |
|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. *Check all that apply:*     **Amount entitled to priority** ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____ ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____ ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____ ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____ ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____ ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____ \* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   4/12/2018
                 MM / DD / YYYY

_____/s/ Helga Ridgeway_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    Helga               Ridgeway
         First name    Middle name    Last name

Title    Claims Processor

Company    Resurgent Capital Services
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    PO Box 10587
         Number    Street
       Greenville, SC    29603-0587
         City      State    ZIP Code

Contact phone    (877) 264-5884      Email    askbk@resurgent.com



P.O. Box 10587
Greenville, SC  29603-0587

Phone:  (877) 264-5884
Fax:  (866) 468-2055
e-Mail:  askbk@resurgent.com

**Proof of Claim – Account Detail**

| Information | |
|---|---|
| Name: | Akatugba;Ayo H |
| SSN (redacted): | 0301 |
| Address: | 9355 Vista Ct |
| City: | Oakland |
| State, Zip: | CA 94603-1913 |

| Bankruptcy Case Information | |
|---|---|
| NORTHERN DISTRICT of CALIFORNIA | |
| Trustee Name: | Martha Bronitsky |
| Bankruptcy Case Number: | 1840285 |
| Chapter: | 13 |

| Account Information | |
|---|---|
| Account Number (redacted): | 2267 |
| Amount due as of the date the bankruptcy case was filed**: | $780.30 |
| Principal**: | $627.47 |
| Interest**: | $152.83 |
| Fees**: | $0.00 |
| Charged off by original provider on: | 11/19/2008 |
| Last payment date: | 03/28/2008 |
| Last transaction date: | 07/02/2008 |

| Creditor Information | |
|---|---|
| Current Claim Owner*: | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. |
| Purchased from: | Citibank (South Dakota), N.A. |
| Alternative names (if any) for this provider: | SEARS PREMIER CARD Citibank (South Dakota), N.A. |
| Creditor at time of last transaction: | Citibank (South Dakota), N.A. |

*Resurgent Capital Services services this account on behalf of the current claim owner.  Please send any bankruptcy or related notices on this account to our attention at the following address:

    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587
    Telephone No.     (877) 264-5884

**Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records.



**Citibank (South Dakota), N.A.**
Office of the General Counsel

701 East 60th Street, North
P.O. Box 6034
Sioux Falls, SD 57117-6034

Tel: 605-331-1567
Fax: 605-330-6745

## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated November 26, 2008, between Citibank (South Dakota), National Association, a national banking associated organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") and Sherman Originator LLC, located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated January 18, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, who simultaneously transfers, sells, assigns, conveys, grants, bargains, sets over and delivers to LVNV Funding LLC ("Subsequent Buyer"), and to Subsequent Buyer's, successors and/or assigns, the Accounts described in Section 1.2 of the Agreement.

Seller hereby stipulates that Subsequent Buyer may be substituted for Seller as the valid owner of the Accounts and hereby irrevocably waives any and all notice, hearing requirements or right to object under Bankruptcy Rule 3001 (e) (2).

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility.

Citibank (South Dakota), National Association

By: _____

Name: DAVID L. ZIMBECK
Title: Vice President & General Counsel
Citibank (South Dakota), N.A.
Sioux Falls, SD/1251
605-331-1630

## Declaration of Account Transfer

Sherman Originator LLC ("SOLLC"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 24, 2008 delivered by Citibank (South Dakota), N.A. on November 26, 2008 for purchase by SOLLC on November 25, 2008. The transfer of the Assets included electronically stored business records.

Sherman Originator LLC
a Delaware Limited Liability Company

By: _[signature]_
Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _[signature]_
Name: Les Gutierrez
Title: Authorized Representative

Exhibit A

**Receivables File**
11.25.08

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 106612 | 12224 | N/A |



2007015772  P/ATTY
2 PGS
Book:DE 2251  Page:1949-1950
February 16, 2007  09:00:57 AM
Rec:$15.00  Cnty Tax:$0.00  State Tax:$0.00
FILED IN GREENVILLE COUNTY, SC

## Limited Power of Attorney

WHEREAS LVNV Funding, LLC ("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 15th day of January, 2007.

GRANTOR: LVNV Funding LLC
By: [signature]
Name: Kevin Branigan
Title: President
DATE FEB 1 6 2007

Resurgent Capital Services LP
By: [signature]
Name: Michael A Keaton
Title: Senior Vice President

CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
[signature] Timothy J Ramsey
REGISTER OF MESNE CONVEYANCE
GREENVILLE COUNTY, SC

Witnessed by: D. Stovall
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: Heather H. Silver

STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

Notary Public
My Commission Expires _____ My Commission Expires February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Eaton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

Notary Public
My Commission Expires  1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1/31/2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772    Book:DE 2251    Page:1949-1950
February 16, 2007   09:00:57 AM

Timothy L. Nanney