Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>Ayo Akatugba<br><br>Debtor | Case No. 18-40285<br><br>CHAPTER 13<br><br>Objection to Claim Number 1 of Creditor Cavalry SPV I, LLC, |

## OBJECTION TO CLAIM

The Debtor objects to the allowance of Claim Number 1 which was filed by Creditor Cavalry SPV I, LLC, on the grounds that the Claim is barred by the statute of limitations. The objection is filed according to Bankruptcy Rule 3007.

The statute of limitations on a written contract is 4 years. Cal. Code Civ. Pro. §337. Each of the three LVNV Claim here are about 10 years old. The statute of limitations makes the Claim unenforceable against the debtor and property of the debtor.

Proof of Claim Number 1 was filed on February 5, 2018 by Cavalry SPV I, LLC as assignee of Wells Fargo Bank, N.A. for the amount of $2,861.86 for a credit card debt. The Statement of Account attached to the proof of claim shows that the debt was charged off by the original provider on 2/28/2010, that the last payment date was 7/3/2009, and that the last transaction date was 7/3/2009. This is past the four year statute of limitation in California for collecting on a credit card debt.

Objecting Party requests that the Court enter an Order providing that the Claim is disallowed in its entirety.

Dated: August 23, 2019     /s/ Andrew J. Christensen
                           Andrew J. Christensen
                           Attorney for Debtor