**Fill in this information to identify the case:**

Debtor 1      Ayo H Akatugba

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number    18-40285

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**
Cavalry SPV I, LLC as assignee of Wells Fargo Bank, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes.   From whom?   Wells Fargo Bank, N.A.

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Cavalry SPV I, LLC
Name
500 Summit Lake Drive, Ste. 400
Number    Street
Valhalla          NY     10595
City              State   ZIP Code

Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Where should payments to the creditor be sent? (if different)

Cavalry SPV I, LLC
Name
P.O. Box 27288
Number    Street
Tempe           AZ     85282
City              State   ZIP Code

Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
C P S C A V 1 8 4 0 2 8 5 C A F 0 3 0 1 6 7 8 2

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.   Claim number on court claims registry (if known) _____    Filed on ____/____/_____
                                                                        MM   DD   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes.   Who made the earlier filing? _____

Official Form 410                             Proof of Claim                                 page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 6 7 8 2

**7. How much is the claim?** $ $2,861.86 . Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

CREDIT CARD

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | |
|---|---|---|---|
| | ☐ Yes. Check one: | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   2/5/2018
                   MM / DD / YYYY

/s/ Cheryl Guziczek
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Cheryl Guziczek
First name    Middle name    Last name

Title: Bankruptcy Specialist

Company: Cavalry Portfolio Services, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 500 Summit Lake Drive, Ste. 400
Number        Street
Valhalla            NY        10595
City                State     ZIP Code

Contact phone: (800) 501-0909 x53450      Email: _____

## EXHIBIT A

### Bill of Sale

This Bill of Sale is entered into as of the 19th day of March, 2010 pursuant to that certain Purchase Agreement ("Agreement") dated and effective as of January 14 2010 by and between Cavalry SPV I LLC and Wells Fargo Bank, N.A. This purchase and sale is made pursuant to the terms of the Agreement, which terms are incorporated herein by reference and made a part hereof as if fully set forth.

Seller: Wells Fargo Bank, N.A.

Buyer: Cavalry SPV I, LLC.

Number of Receivables: ▓

List of Receivables: Attached hereto as Schedule I

Outstanding Gross
Balance of Receivables: ▓
Purchase Price: ▓

Cut-Off Date: March 12, 2010

Closing Date: March 19, 2010

Seller hereby absolutely sells, transfers, assigns, sets over and conveys to Cavalry SPV I, LLC all of Seller's right, title, and interest in and to each of the Receivables identified in Schedule I hereto together with any evidence of indebtedness, and all principal, interest or other proceeds of any kind with respect to the Receivables, but excluding any payments or other consideration received by or on behalf of Seller prior to the Cut-Off Date identified above.

CAVALRY SPV I LLC.

By: _____

Name: Kevin S. Grader

Title: CFO

WELLS FARGO BANK, N.A.

By: _____

Name: Lyndon Hohwieler

Title: Sr Vice President



# Statement Of Account

Ayo H Akatugba    9355 VISTA CT   OAKLAND, CA 946031913

| | |
|---|---|
| **Principal Due** | $1,936.29 |
| **Interest Due** | $925.57 |
| **All Other Charges** | $0.00 |
| **Filing Amount** | $2,861.86 |
| **Name of the entity from whom the creditor purchased the account** | Wells Fargo Bank, N.A. |
| **Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account** | Wells Fargo Bank, N.A. |
| **Last Transaction Date** | 07/03/2009 |
| **Last Payment Date** | 07/03/2009 |
| **Account Charge Off Date** | 02/28/2010 |