1  Andrew J. Christensen (SBN: 260748)
   Law Offices of Andrew J. Christensen P.C.
2  1970 Broadway, Suite 550
   Oakland, CA 94612
3  Tel: (510) 761-7183
   Fax: (510) 680-3430
4  Andrew@CaliforniaHomeLawyer.com

5  Attorney for Debtor
   AYO H. AKATUGBA
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12   In re:                              CASE NO.: 18-40285 RLE 13

13     Ayo H. Akatugba,                  Chapter 13

14                                       **Notice of Appeal and Statement of Election**
                    Debtor/Appellant.
15

16

17       Ayo H. Akatugba, Debtor, hereby appeals to the United States District Court from the

18   Bankruptcy Courts following Orders:

19       Order Awarding Attorney Fees and Costs to Debtor in Contested Matter, entered January

20   21, 2021, Docket 174.

21       Order Denying Debtor's Motion to Compel Discovery Responses Against Creditor Morgan

22   Stanley Capital Holdings and NewRez LLC, DBA Shellpoint Mortgage Servicing, and UMB Bank,

23   National Association not in its individual capacity but solely as legal title trustee for PRL Title Trust

24   1 and Request for Monetary Sanctions, entered on August 14, 2020, Docket Number 124.

25       The parties to the Orders appealed from and the names are as follows:

26       1.      Ayo H. Akatugba, Debtor/Appellant. Attorney for Appellant: Andrew J. Christensen

27   of the Law Offices of Andrew J. Christensen, P.C.

28

1    2.    NewRez LLC, DBA Shellpoint Mortgage Servicing, Creditor Appellee. Attorney

2    Justin D. Balser and Preston K. Ascherin Akerman, LLP

3    3.    Morgan Stanley Mortgage Capital Holdings LLC, Creditor Appellee. Attorney Justin

4    D. Balser and Preston K. Ascherin Akerman, LLP

5    4.    UMB Bank National Association as trustee for PRL Title Trust 1, Creditor Appellee.

6    Attorney Justin D. Balser and Preston K. Ascherin Akerman, LLP

7    5.    SN Servicing Corporation, Creditor Appellee. Attorney Nathan F. Smith of Malcolm

8    * Cisneros

9    6.    DRI Mortgage Opportunity Fund LP, Creditor Appellee. Attorney Nathan F. Smith

10   of Malcolm * Cisneros

11

12    Dated:   February 3, 2021              /s/ Andrew J. Christensen
                                             Andrew J. Christensen
13                                           Attorney for Debtor/Appellant,
                                             Avo H. Akatugba
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Entered on Docket
January 21, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1

2          **The following constitutes the order of the Court.
           Signed: January 21, 2021**

3

4

5

6
_____
7          **Roger L. Efremsky
           U.S. Bankruptcy Judge**

8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12   In re                              No. 18-40285 RLE

13   AYO H. AKATUGBA,                   Chapter 13

14              Debtor.
                               /
15
              **ORDER AWARDING ATTORNEY FEES AND COSTS
16             TO DEBTOR IN CONTESTED MATTER**

17        On November 30, 2020, Debtor filed a Motion for Attorney's Fees

18   and Costs, seeking an award of fees and costs as the prevailing party

19   in Debtor's *Motion to Enforce the Terms of the Confirmed Plan, and*

20   *for Violation of the Automatic Stay, and Violation of 3002.1 Against*

21   *Creditor DRI Mortgage Opportunity Fund LP, SN Servicing Corporation,*

22   *Morgan Stanley Mortgage Capital Holdings, and NewRez LLC, DBA*

23   *Shellpoint Mortgage Servicing, and Against UMB BANK, National*

24   *Association not in its individual capacity but solely as legal title*

25   *trustee for PRL Title Trust 1 as successor in interest to Morgan*

26   *Stanley.*

The court conducted a hearing on the Motion for Attorney's Fees and Costs on January 6, 2021. For the reasons stated by the court on the record and good cause appearing therefore, THE COURT ORDERS AS FOLLOWS:

1/ $41,661.50 in attorney fees are awarded to Debtor Ayo Akatugba for her Counsel Andrew J. Christensen, Law Offices of Andrew J. Christensen. P.C.

2/ The lodestar hourly rate for Counsel Andrew J. Christensen in this matter is $485 per hour.

3/ The Court adopts the hours as allocated in Shellpoint's brief, Docket 168, Page 11 for 82.9 hours, and adds an additional 3 hours for settlement discussions, for a total of 85.9 lodestar hours.

4/ The Court awards costs of $1,124 as requested for expert witness fees.

5/ The Court declines to award a fee multiplier.

6/ The Court therefore awards statutory attorney's fees and costs pursuant to 11 U.S.C. §362, and Rule 3002.1 in the total amount of $42,785.50 in favor of Debtor Ayo Akatugba for her Counsel Andrew J. Christensen, Law Offices of Andrew J. Christensen, P.C. jointly and severally against Responding Party Creditors NewRez LLC, DBA Shellpoint Mortgage Servicing, Morgan Stanley Mortgage Capital Holdings, and UMB Bank National Association as trustee for PRL Title Trust 1 as successor in interest to Morgan Stanley, SN Servicing Corporation, and DRI Mortgage Opportunity Fund LP. This Order shall have the effect of an enforceable money judgment.

/ / / /

2

1      7/ Responding Party Creditors named herein-above jointly and
2    severally, shall pay the amount of $42,785.50 by check(s) payable to
3    Debtor's Counsel, Andrew J. Christensen, Law Offices of Andrew J.
4    Christensen, 1970 Broadway, Suite 550, Oakland, California 94612 to
5    be received within 35 days after entry of this order by check mailed
6    overnight delivery, with tracking confirmation.

7      8/   This is the final order concluding this Contested Matter
8    regarding Debtor's *Motion to Enforce the Terms of the Confirmed Plan,*
9    *and for Violation of the Automatic Stay, and Violation of 3002.1*
10    *Against Creditor DRI Mortgage Opportunity Fund LP, SN Servicing*
11    *Corporation, Morgan Stanley Mortgage Capital Holdings, and NewRez*
12    *LLC, DBA Shellpoint Mortgage Servicing, and Against UMB BANK,*
13    *National Association not in its individual capacity but solely as*
14    *legal title trustee for PRL Title Trust 1 as successor in interest to*
15    *Morgan Stanley,* and all related proceedings.

                    ***END OF ORDER***

3

COURT SERVICE LIST

No Court Service Required

**Entered on Docket
August 14, 2020**
**EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



1

2     **The following constitutes the order of the Court.
      Signed: August 13, 2020**

3

4

5

6     _____
      **Roger L. Efremsky**
7     **U.S. Bankruptcy Judge**

8

9            **UNITED STATES BANKRUPTCY COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
10                  **OAKLAND DIVISION**

11    In re:                          | CASE NO.: 18-40285

12    Ayo H. Akatugba,                | Chapter 13

13                                    | Order Denying Debtor's Motion to Compel
                                      | Discovery Responses Against Creditor Morgan
14            Debtor.                 | Stanley Mortgage Capital Holdings, and NewRez
                                      | LLC, DBA Shellpoint Mortgage Servicing, and
15                                    | UMB BANK, national Association not in its
                                      | individual capacity but solely as legal title trustee
16                                    | for PRL Title Trust 1 and Request for Monetary
                                      | Sanctions
17

18           Debtor's Motion to Compel Discovery Responses Against Creditor Morgan Stanley

19    Mortgage Capital Holdings, ("Morgan Stanley") and NewRez LLC, DBA Shellpoint Mortgage

20    Servicing, ("Shellpoint") and UMB BANK, national Association not in its individual capacity but

21    solely as legal title trustee for PRL Title Trust 1 (Collectively "Creditors") pursuant to F.R.C.P.

22    37, came for continued hearing before this Court on August 5, 2020.

23           For the reasons stated on the record, the Motion to Compel is denied.

24

25

26                               *** END OF ORDER ***

27

28

1          Court Service List

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Leanne Rodriguez, declare that I am a citizen of the United States, over 18 years of age, employed in Alameda County, and not a party to the within action. My business address is 1970 Broadway, Suite 550, Oakland, CA 94612

On February 3, 2021, I served the following documents on the parties listed below by first-class mail, by placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid thereon, deposited in the United States Post Office mailbox at Oakland, California.

1. **Notice of Appeal and Statement of Election**
2. **Order Awarding Attorney Fees and Costs To Debtor In Contested Matter, entered January 21, 2021, Docket 174.**
3. **Order Denying Debtor's Motion to Compel Discovery Responses Against Creditor Morgan Stanley Capital Holdings and NewRez LLC, DBA Shellpoint Mortgage Servicing, and UMB Bank, National Association not in its individual capacity but solely as legal title trustee for PRL Title Trust 1 and Request for Monetary Sanctions, entered on August 14, 2020, Docket Number 124.**
4. **Designation of Record on Appeal**

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on the following date at Oakland, California.

Dated:  February 3, 2021           /s/ Leanne Rodriguez
                                   Leanne Rodriguez

| | |
|---|---|
| Justin D. Balser<br>Email: Justin.Balser@Akerman.Com<br>Preston K. Ascherin<br>Email: preston.ascherin@akerman.com<br>Akerman, LLP<br>601 W. Fifth Street, Suite 300<br>Los Angeles, CA 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342 | Attorney for Appellees,<br>• NewRez LLC, DBA Shellpoint Mortgage Servicing<br>• UMB Bank, N.A. as trustee for PRL Title Trust 1, and<br>• Morgan Stanley Mortgage Capital Holdings, LLC |
| Nathan F. Smith<br>Malcolm * Cisneros, A Law Corporation<br>2442 Business Center Drive<br>Irvine, CA  92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: nathan@mclaw.org | Attorney for Appellees:<br>• SN Servicing Corporation<br>• DRI Mortgage Opportunity Fund LP |