1                UNITED STATES BANKRUPTCY COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                        --oOo--        **CERTIFIED COPY**

4    IN THE MATTER OF:

5    AYO AKATUGBA,                    No.  18-40285 RLE

6                    Debtor.          CHAPTER 13

7    _____/

8

9                    ZOOM VIDEOCONFERENCE

10              EXAMINATION OF ANTHONY YOUNGER

11                    Pages 1 to 166

12

13

14        DATE:  Wednesday, January 25, 2023

15        TIME:  10:00 a.m. - 2:42 p.m.

16    LOCATION:  Zoom Videoconference

17    REPORTED BY:  Karen L. Hendershott,
                   Certified Shorthand Reporter 6022
18
                   Zandonella Reporting Service, Inc.
19                 2321 Stanwell Drive
                   Concord, California 94520
20                 (925)685-6222

21

22

23

24

25

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • Fax (925) 685-3829
www.ZandonellaZRS.com

Case: 18-40285   Doc# 136   Filed: 08/23/23   Entered: 08/23/23 09:10:36   Page 1 of 5

```
 1                        APPEARANCES

 2

 3   FOR THE DEBTOR AYO AKATUGBA:

 4        LAW OFFICES OF ANDREW J. CHRISTENSEN, P.C.
          BY:  ANDREW J. CHRISTENSEN
 5        5032 Woodminster Lane
          Oakland, CA 94602
 6        510-761-7183
          Andrew@CaliforniaHomeLawyer.com
 7

 8

 9   FOR RUSHMORE LOAN MANAGEMENT SERVICES, LLC,
     AS SERVICER FOR UMB BANK:
10
          McCARTHY & HOLTHUS, LLP
11        BY:  JENNIFER C. WONG
          2763 Camino Del Rio S., Suite 100
12        San Diego, CA 92108-3708
          619-955-1557
13        jwong@mccarthyholthus.com

14

15   OBSERVING ON BEHALF OF NEWREZ, SHELLPOINT:

16        AKERMAN LLP
          BY: JACQUELINE FOROUTAN
17        601 W 5th Street, Suite 300,
          Los Angeles, CA 90071-3506
18        213-688-9500

19

20                        --oOo--

21

22

23

24

25
```

Case: 18-... Filed: 08/23/23   Entered: 08/23/23 09:... Page ... of 5

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2391 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222  Fax (925) 685-3829
www.ZandonellaZRS.com

1                    I N D E X

2
                                              PAGE
3
       EXAMINATION BY MR. CHRISTENSEN:          4
4
                      --oOo--
5

6                  E X H I B I T S

7
       EXHIBIT        DESCRIPTION             PAGE
8
       A -   Stipulation                       33
9
       B -   8/1/22 Notice of Mortgage         84
10           Payment Change

11     E -   Property Tax History              75

12     J -   11/16/22 Mortgage Statement       62

13     Q -   Order Pursuant to Federal Rule    18
             Of Bankruptcy Procedure 2004
14           Directing Creditor to Produce
             Documents and to Appear for
15           Examination

16     R -   Response to Debtor's Request       20
             Under FRBP 2004 to Produce
17           Documents

18     S -   5/17/22 Escrow Analysis Statement  21

19     T -   9/9/22 Retraction Letter to        21
             Ayo Akatugba
20
       U -   Payment History Postpetition       22
21
       V -   Current History of Transactions    22
22           (01/10/22 - 11/21/22)
             Rushmore Loan Management Services
23
       W -   Escrow History                     23
24
       X -   Proof of Claim                    143
25

Case: 18-41251   Doc# 236   Filed: 08/23/23   Entered: 08/23/23 09:10:36   Page 3 of 5

Zandonella
REPORTING SERVICE, INC.
Certified Shorthand Reporters
2391 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • FAX (925) 685-3829
www.ZandonellaZRS.com

1          THE REPORTER:  Pursuant to the Federal Rules of

2    Civil Procedure, I am required to state the following:

3          My name is Karen Hendershott.  My California

4    Stenographic License number is 6022.  My business

5    address is 2321 Stanwell Drive, Concord, CA 94520.

6          This is the examination of Anthony Younger in

7    the Matter of Ayo Akatugba, Debtor, filed in the United

8    States Bankruptcy Court, Northern District of

9    California, Case No. 18-40285 RLE, beginning at

10    10:00 a.m. on January 25, 2023.

11          This examination is taking place remotely via

12    Zoom videoconference.

13          Counsel, will you please state your appearances

14    for the record.

15      MR. CHRISTENSEN:  My name is Andrew J. Christensen,

16    representing debtor, Ayo Akatugba.

17      MS. WONG:  This is Jennifer Wong, counsel for

18    Rushmore Loan Management Services, LLC, as servicer for

19    UMB Bank.

20                    EXAMINATION BY

21      MR. CHRISTENSEN:

22      Q.  Good morning, Mr. Younger.  Can you please

23    state your name and spell it for the record, please.

24      A.  Yes.  Good morning.  It's Anthony Younger.

25    A-N-T-H-O-N-Y  Y-O-U-N-G-E-R.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
(925) 685-6222 • (925) 685-3829
www.ZandonellaZRS.com

Zandonella
REPORTING SERVICE, INC.

1     Q.  Well, I don't know.  You tell me.  I mean, I

2  don't know why.  I need to know exactly what the

3  business decision was, or basically why it was

4  retracted, because -- actually, let me ask you this.

5     Based on your earlier testimony, my understanding

6  was there has not been a new Escrow Analysis done on

7  this loan since May 2022; is that correct?

8     A.  That's correct.

9     Q.  And you also previously testified that that

10  $6,000 escrow shortage that came over when Shellpoint

11  transferred it to you has not been waived by Rushmore;

12  correct?

13     A.  I said I didn't -- that we were still looking

14  into the correct amount, but nothing has been waived or

15  anything.

16     Q.  Right.

17     A.  It's just not being -- there's nothing being

18  waived at the time, because we're still investigating.

19     Q.  Okay.  You're still investigating.  So, in

20  other words, this problem has not been resolved yet.

21     In other words, Rushmore has not fixed this problem

22  of the escrow shortage; is that correct?

23     A.  Well, what's correct is we're investigating, we

24  are looking into the correct amount.  But nothing has

25  been waived or anything before we have all the

Case: 18-ap-00 Doc#: Doc: 166 Filed: 08/23/23  Entered: 08/23/23 09:10:36  Page 5 of 5

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2391 Stanwell Drive • Concord, CA 94520-1808
(925) 685-6222   Fax (925) 685-3829
www.ZandonellaZRS.com