LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Respondent
Rushmore Loan Management Services LLC and U.S. Bank Trust N.A. not in its individual capacity but solely as Owner Trustee on behalf of BRAVO Residential Funding Trust 2022-RPL1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Ayo H. Akatugba,<br><br>                Debtor. | Bankruptcy No.: 18-40285 WJL<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON RUSHMORE LOAN MANAGEMENT SERVICES LLC AND U.S. BANK TRUST N.A. NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE ON BEHALF OF BRAVO RESIDENTIAL FUNDING TRUST 2022-RPL1'S MOTION TO BIFURCATE**<br><br>Date: March 27, 2024<br>Time: 10:30 a.m.<br>Courtroom: 220 |

**PLEASE TAKE NOTICE** that on March 27, 2024, at 10:30 a.m., in Courtroom 220, located at 1300 Clay Street, Oakland, California 94612, this Court will consider Rushmore Loan Management Services LLC and U.S. Bank Trust N.A. not in its individual capacity but solely as owner trustee on behalf of Bravo Residential Funding Trust 2022-RPL1's motion for an order bifurcating discovery and trial relating to punitive damages into two phases.

1

**PLEASE TAKE FURTHER NOTICE:**

Any opposition shall be filed and served at least 14 days prior to the scheduled hearing date. Any reply in support of the motion must be filed and served at least 7 days prior to the scheduled hearing date.

Dated: February 22, 2024  Respectfully submitted,

LOCKE LORD LLP


By: */s/ Meagan S. Tom*
    Regina J. McClendon
    Meagan S. Tom
Attorneys for Respondent
Rushmore Loan Management Services LLC and U.S. Bank Trust N.A. not in its individual capacity but solely as Owner Trustee on behalf of BRAVO Residential Funding Trust 2022-RPL1