Andrew J. Christensen (SBN: 260748)
Law Offices of Andrew J. Christensen, P.C.
3608 Grand Ave. Suite 1
Oakland, CA 94610
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor
Ayo Akatugba

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of: | Bankruptcy Case No. 18-40285 WJL 13 |
| --- | --- |
| Ayo Akatugba | CHAPTER 13 |
| | **NOTICE OF HEARING ON Debtor's Motion to Maintain Confidential Designations of Interrogatory Responses** |
| Debtor | **Hearing: Zoom/Telephonic or In Person** |
| | Date: May 8, 2024, 10:30 AM |
| | Place: Courtroom 220 |
| | 1300 Clay Street, 2nd Floor Oakland, CA |
| | Judge William Lafferty |

NOTICE IS HEREBY GIVEN that a hearing will be conducted at the time and place listed above to consider and act upon the above captioned *Debtor's Motion to Maintain Confidential Designations of Interrogatory Responses*. Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

Parties may attend the hearing in person, or remotely via Zoom Webinar/AT&T Teleconference in the presiding judge's courtroom according to Third Amended General Order 38. interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to

arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Counsel, parties, and other interested parties may attend the hearing in person or by Zoom Webinar/AT&T Teleconference. Additional information is available on Judge Lafferty's Procedures page on the court's website. Information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website.

Debtor's Motion seeks to maintain her confidential designations of certain interrogatory responses under a stipulated protective order.

.

DATED: April 6, 2024

/s/ Andrew J. Christensen
Andrew J. Christensen Attorney for Debtor

Andrew J. Christensen (SBN: 260748)
Law Offices of Andrew J. Christensen, P.C.
3608 Grand Ave. Suite 1
Oakland, CA 94610
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor
Ayo Akatguba

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Ayo Akatugba,

    Debtor.

Bankruptcy Case No. 18-40285 WJL 13

Chapter 13

**Proof of Service**

    I, Andrew J. Christensen, declare that I am over 18 years of age, employed in Alameda County, and not a party to the action. My business address is 3608 Grand Ave, Suite 1, Oakland CA 94610. On April 6, 2024 the following documents were served by ECF on the parties listed below

**Debtor's Motion to Maintain Confidential Designations of Interrogatory Responses**

**Declaration of Andrew J. Christensen in Support**

**Exhibit A**

**The following documents were served by ECF on April 6, 2024,**

**Declaration of Debtor Ayo Akatugba in Support of Debtor's Motion to Maintain Confidential Designations of Interrogatory Responses**

**Notice of Hearing**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the following date at Oakland, California.

Date: April 6, 2024

                                                     /s/ Andrew J. Christensen
                                                    Andrew J. Christensen

-1-

**SERVICE BY ECF:**

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816
Attorneys for Respondent
Rushmore Loan Management Services LLC and U.S. Bank Trust N.A. not in its individual capacity but solely as Owner Trustee on behalf of BRAVO Residential Funding Trust 2022-RPL1

**AKERMAN LLP**
ARIEL E. STERN (SBN 331775)
JACQUELINE FOROUTAN (SBN 325689)
Email: ariel.stern@akerman.com
Email: jacqueline.foroutan@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Secured Creditors
UMB BANK, N.A. as trustee for PRL Title Trust 1,
And MORGAN STANLEY MORTGAGE CAPITAL
HOLDINGS, LLC and NEWREZ LLC dba
SHELLPOINT MORTGAGE SERVICING